**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 18-2047

VIRGINIA ARLENE GOFORTH,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

              Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:18-cv-00135-MOC-DLH)

Submitted:  December 20, 2018                    Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Virginia Arlene Goforth, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virginia Arlene Goforth appeals the district court's order dismissing her civil action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (2012) and denying her motion for reconsideration. We have reviewed the record and find no reversible error. *See Hickerson v. Yamaha Motor Corp.*, 882 F.3d 476, 481 (4th Cir.) (standard of review for Fed. R. Civ. P. 59(e) motion to reconsider), *cert. denied*, 139 S. Ct. 105 (2018); *Nagy v. FMC Butner*, 376 F.3d 252, 254-55 (4th Cir. 2004) (standard of review for § 1915(e)(2)(B)(i) dismissal). Accordingly, we affirm substantially for the reasons stated by the district court. *Goforth v. United States*, No. 1:18-cv-00135-MOC-DLH (W.D.N.C. May 21 & June 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*